LAW OFFICES
# BRODSKY & SMITH

240 MINEOLA BOULEVARD
MINEOLA, NY 11501

516.741.4977
FAX 516.741.0626
www.brodsky-smith.com

| NEW JERSEY OFFICE | PENNSYLVANIA OFFICE | CALIFORNIA OFFICE |
|---|---|---|
| 1310 KINGS HIGHWAY NORTH | TWO BALA PLAZA, SUITE 805 | 9595 WILSHIRE BLVD., SUITE 900 |
| CHERRY HILL, NJ 08034 | BALA CYNWYD, PA 19004 | BEVERLY HILLS, CA 90212 |
| 856.795.7250 | 610.667.6200 | 310.300.8425 |

December 14, 2022

**VIA ECF & E-MAIL**

Honorable Ronnie Abrams
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Lin v. Brigham Minerals, Inc., et al.*
         Case No. 1:22-cv-09002-RA (SDNY)

Dear Judge Abrams:

We represent Plaintiff Benjamin Lin ("Plaintiff") in the above referenced action (the "Action") and submit this letter in furtherance of the scheduled initial conference on December 22, 2022 and the deadlines related thereto (Doc. 6).

Brigham Minerals, Inc. ("Brigham") has set a December 28, 2022 date for the shareholder vote related to the proposed transaction with Sitio Royalties Corp. underlying this Action. The Court has directed the parties to submit a joint letter no later than December 15, 2022 relating to the upcoming conference. Plaintiff respectfully requests that the Court adjourn the initial conference and its associated deadlines until at least thirty (30) days after the December 28, 2022 scheduled shareholder vote such that the issues in the litigation will be more focused and some, perhaps, resolved. This is the first request for an adjournment of a hearing in this action. We have conferred with counsel for Defendants, and they do not oppose this first request for a continuance of the pretrial conference.

We remain available should the Court require anything further.

Respectfully,

/s/ *Evan J. Smith*
Evan J. Smith

Application granted.  The initial pretrial conference is adjourned to January 27, 2023 at 3:00 p.m.; Call-In Number: (888) 363-4749; Access Code: 1015508#.  No later than one week in advance of the conference, the parties shall submit a joint status letter and proposed case management plan.

SO ORDERED.

Hon. Ronnie Abrams
United States District Judge
12/15/2022